UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT ALLEN MCLEMORE,

    Plaintiff,

-vs-                                      Case No. 6:10-cv-766-Orl-28KRS

SAMUEL CRUZ, et al.,

    Defendants.

## ORDER

Plaintiff has filed a Motion to Alter or Amend (Doc. No. 124, filed February 21, 2012). Upon consideration, the motion is **DENIED**.

**DONE AND ORDERED** in Chambers at Orlando, Florida this 23 day of February, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 2/22
Counsel of Record
Robert Allen McLemore