UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT ALLEN MCLEMORE,

    Plaintiff,

-vs-                                Case No. 6:10-cv-766-Orl-28KRS

SAMUEL CRUZ, et al.,

    Defendants.

## ORDER

This case is before the Court on the following motion:

Plaintiff's Motion for Reconsideration (Doc. No. 138) is **DENIED**.

**DONE AND ORDERED** in Chambers at Orlando, Florida this 21 day of June, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 6/19
Counsel of Record
Robert Allen McLemore