UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT ALLEN MCLEMORE,

    Plaintiff,

v.                                          Case No. 6:10-cv-766-Orl-28KRS

SAMUEL CRUZ,

    Defendant.

_____/

## ORDER

This case is before the Court on the following matters:

1.     Defendant Samuel Cruz has filed a Motion for Summary Judgment (Doc. No. 188). Plaintiff's Unopposed Motion for Addresses (Doc. No. 180). The deadline for filing a motion for summary judgment was July 6, 2012. *See* Doc. No. 123. In fact, motions for summary judgment were filed by all of the Defendants on July 6, 2012. *See* Doc. Nos. 142 and 143. The Court subsequently entered an Order granting summary judgment in favor of all Defendants except for Defendant Cruz. *See* Doc. No. 166.

Here, Cruz has failed to demonstrate good cause for filing a second motion for summary judgment at this late stage of the proceedings. He provides no legitimate explanation as to why Plaintiff's May 27, 2008, sworn statement could not have been

located with reasonable diligence much earlier in the proceedings. As a result, Cruz' Motion for Summary Judgment (Doc. No. 188) is **DENIED**.

2. Plaintiff Robert Allen McLemore has filed a Motion for Partial Summary Judgment on Administrative Remedies (Doc. No. 189). As discussed above, the deadline for filing a motion for summary judgment has long passed. Plaintiff has failed to demonstrate good cause for filing a motion for summary judgment at this late stage of the proceedings. As a result, McLemore's Motion for Summary Judgment (Doc. No. 189) is **DENIED**.[1]

**DONE AND ORDERED** at Orlando, Florida, this 19 day of September, 2013.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 9/19
Counsel of Record

---

[1] Plaintiff should also review the Court's Order on Defendants' motions for summary judgment wherein the topic of administrative exhaustion was discussed.

2